ACCEPTED
04-14-00582-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/10/2015 2:20:05 PM
KEITH HOTTLE
CLERK



FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/10/2015 2:20:05 PM
KEITH E. HOTTLE
Clerk

## Bexar County Appellate Public Defender's Office

Paul Elizondo Tower ◆ 101 W. Nueva St., Suite 310 ◆ San Antonio, TX 78205
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

March 10, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

      Re:    Victor Eugene Bailey v. State of Texas
              Appeal No. 04-14-00582-CR
              Cause No. 2011-CR-4772

To the Honorable Court of Appeals:

      Pursuant to TEX. R. APP. P. 48.4 (West 2015), I hereby certify that I have notified the Appellant, Victor Eugene Bailey, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Bailey. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

      Appellate attorney:  Michael D. Robbins (SBN 16984600).
      Date of Opinion and Judgment: February 25, 2015.
      Date notification mailed to Appellant: February 25, 2015.
      Certified mail number: 7011 1150 0002 0439 3119.
      Date return receipt received by the undersigned attorney: March 4, 2015.

                  Sincerely yours,

                  /s/ *Michael D. Robbins*

                  MICHAEL D. ROBBINS
                  Assistant Public Defender

Attachment
/mdr

APDO - MR

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

VICTOR EUGENE BAILEY #01950776
GARZA WEST UNIT
4250 HIGHWAY 202
BEEVILLE TX 78102

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]                          ☐ Agent
                                       ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
[signature]                        3-2-15
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail®        ☐ Priority Mail Express™
☐ Registered             ☑ Return Receipt for Merchandise
☐ Insured Mail           ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)       ☐ Yes

2. Article Number
   (Transfer from service label)

7011 1150 0002 0439 3119

PS Form 3811, July 2013          Domestic Return Receipt